UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICHARD FRANCOIS,<br><br>Plaintiff,<br><br>-against-<br><br>CINDY BOBB,<br><br>Defendant. | **REPORT AND RECOMMENDATION**<br><br>26-CV-1187 (NCM) (CHK) |

**CLAY H. KAMINSKY, United States Magistrate Judge:**

Plaintiff Richard Francois alleges that Defendant Cindy Bobb filed a false police report against him in 2022 in violation of 18 U.S.C. § 241, a criminal statute.

Generally, violations of the criminal code may not serve as the basis for a civil cause of action unless the criminal statute includes an express or implied private right of action. *See Cort v. Ash*, 422 U.S. 66, 79 (1975); *Leeke v. Timmerman,* 454 U.S. 83, 85–86 (1981) (affirming that "a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another"). Courts that have considered civil claims brought under 18 U.S.C. § 241 have found that this provision does not include an express private right of action and that no such right may be implied from the language of the statutes. *See, e.g.*, *Hill v. Didio*, 191 F. App'x 13, 14 (2d Cir. 2006) (identifying 18 U.S.C. § 241 as a federal criminal statute that does not provide a private right of action).

Further, to the extent that Plaintiff alleges a claim for an intentional tort, the statute of limitations under New York law has lapsed. *See* N.Y.C.P.L.R. § 215(3) (setting a one-year statute of limitations for intentional torts).

Accordingly, I respectfully recommend dismissing Plaintiff's complaint, without prejudice, for failure to state a claim and giving Plaintiff leave to file an amended complaint within 30 days.

Any written objections to this Report and Recommendation must be filed with the Clerk of the Court within fourteen (14) days of service of this Report. 28 U.S.C. §§ 636(b)(1); 72(b)(2). Any requests for an extension of time for filing objections must be directed to the Honorable Nastasha C. Merle prior to the expiration of the fourteen-day period for filing objections. Failure to file objections within fourteen days may preclude further review of this Report and Recommendation either by the District Court or the Court of Appeals. *See Caidor v. Onondaga Cnty.*, 517 F.3d 601, 604 (2d Cir. 2008).

SO ORDERED.

/s/ Clay H. Kaminsky
CLAY H. KAMINSKY
United States Magistrate Judge

Dated: July 24, 2026
Brooklyn, New York